1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11 | JIMMY OTERO GONZALES,                1:99-CV-05007-REC-SMS-P
                                          Appeal #07-16295
12
                          Plaintiff,      ORDER GRANTING MOTION FOR RECORD
13                                        (Doc. 22)
       v.
14                                        ORDER DIRECTING CLERK TO SEND COPY
                                          OF COMPLAINT TO PLAINTIFF
15 | HOLLAND,                             (Doc. 1)
16                                        ORDER DIRECTING CLERK TO SEND COPY
                          Defendant.      OF THIS ORDER TO NINTH CIRCUIT
17 |_____/

18

19        Plaintiff Jimmy Otero Gonzales ("plaintiff") is a state prisoner proceeding pro se and in

20 forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On May 6, 1999,

21 this case was administratively closed when it was consolidated with case 1:98-cv-06322-REC-

22 SMS-P, Gonzales v. Farley.  On July 2, 2007, plaintiff filed a notice of appeal to the Court of

23 Appeals for the Ninth Circuit.

24        On August 3, 2007, plaintiff filed a Motion for Record/Transcripts, in which he requested

25 a copy of the complaint(s) filed in this action, for purposes of his appeal.  Plaintiff's request shall

26 be granted.

27        Accordingly, IT IS HEREBY ORDERED that:

28        1.        Plaintiff's Motion for Record/Transcripts is GRANTED;

1

2.      The Clerk of Court is DIRECTED to send to plaintiff a copy of the Complaint filed on January 4, 1999 (Doc. 1); and

3.      The Clerk of Court is DIRECTED to send a copy of this order to the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

**Dated:     August 28, 2007**                      /s/ **Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE